Rex D. Garner (Nevada Bar # 9401)
Rgarner@foxrothschild.com
John C. Fuller (*pro hac vice application forthcoming*)
Jfuller@foxrothschild.com
Corey M. Scher (*pro hac vice application forthcoming*)
Cscher@foxrothschild.com
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:　　702.262.6899
Facsimile:　　702.597.5503

*Attorneys for Defendant*
*HJH Investments, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TYLCO BUSINESS ALLIANCE LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> HJH INVESTMENTS, INC., a Kansas for-profit corporation; DOES I-X and ROES I-X, inclusive, <br><br> Defendants. | Case No. 2:26-cv-00348-CDS-BNW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(FIRST REQUEST)** |

Defendant HJH Investments Inc. ("Defendant") and Plaintiff Tylco Business Alliance LLC ("Plaintiff") (collectively, the "Parties"), hereby stipulate and agree to the following:

WHEREAS, Plaintiff filed its Complaint in the Eighth Judicial District Court on December 31, 2025 in a matter styled Tylco Business Alliance v. HJH Investments LLC, A-25-936271-B (the "State Court Action"). *See* ECF # 1-2 at Ex. A1.

WHEREAS, Defendant timely removed the State Court Action to this Court on February 11, 2026. *See* ECF # 1.

WHEREAS, Defendant's deadline to "answer or present other defenses or objections under" the Federal Rules of Civil Procedure is February 18, 2026. See Fed. R. Civ. P. 81(c)(2)(C).

WHEREAS, Defendant has only recently been able to retain counsel and counsel needs and respectfully requests additional time to answer, move, or otherwise respond to the Complaint. Id. See also LR IA 6-1(a).

- 1 -

WHEREAS, Defendant has requested from Plaintiff for an extension of up and until March 2, 2026 to answer, move, or otherwise respond to the Complaint.

WHEREAS, Plaintiff has granted Defendant an extension of up and until March 2, 2026 to answer, move, or otherwise respond to the Complaint.

WHEREAS, this is the First Stipulation for Extension filed in the above-captioned action or the State Court Action.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that the deadline for Defendant to move, answer or otherwise respond to the Complaint is up to and through March 2, 2026.

Respectfully submitted,                          Respectfully submitted,

/s/ Kevin Francis Boyle                           /s/ Rex D. Garner
Kevin Francis Boyle (NV Bar # 14834)              Rex D. Garner (Nevada Bar # 9401)
Law Office of Kevin F. Boyle                      FOX ROTHSCHILD LLP
5465 Cardinal Ridge Court 102                     One Summerlin
Las Vegas, NV 89149                               1980 Festival Plaza Dr., Suite 700
kevinfboylelaw@gmail.com                          Las Vegas, Nevada 89135
                                                  Rgarner@foxrothschild.com
Attorneys for Plaintiff
Tylco Business Alliance LLC                       Attorneys for Defendant
                                                  HJH Investments, Inc.


Dated: February 16, 2026                          Dated: February 16, 2026


**<u>ORDER</u>**

IT IS SO ORDERED that the deadline for Defendant to move, answer or otherwise respond to the Complaint is up to and through March 2, 2026

Dated this __17th__ day of _____February_____, 2026

_____
UNITED STATES MAGISTRATE JUDGE.

Rex D. Garner (Nevada Bar # 9401)
Rgarner@foxrothschild.com
John C. Fuller (*pro hac vice application forthcoming*)
Jfuller@foxrothschild.com
Corey M. Scher (*pro hac vice application forthcoming*)
Cscher@foxrothschild.com
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:    702.262.6899
Facsimile:    702.597.5503

*Attorneys for Defendant*
*HJH Investments, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TYLCO BUSINESS ALLIANCE LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br>        v.<br><br>HJH INVESTMENTS, INC., a Kansas for-profit corporation; DOES I-X and ROES I-X, inclusive,<br>                    Defendants. | Case No. 2:26-cv-00348-CDS-BNW<br><br>**CERTIFICATE OF SERVICE** |

I, Rex D. Garner, attorney for Defendant HJH Investments Inc. caused a true and accurate of copy the Stipulation and [Proposed] Order for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint and the foregoing Certificate of Service to be filed via the Court's electronic filing system and service upon the following counsel for Plaintiff:

> Kevin Francis Boyle (NV Bar # 14834)
> Law Office of Kevin F. Boyle
> 5465 Cardinal Ridge Court 102
> Las Vegas, NV 89149
> kevinfboylelaw@gmail.com

Respectfully submitted,

February 16, 2026

*/s/Rex D. Garner*
Rex D. Garner (Nevada Bar # 9401)
FOX ROTHSCHILD LLP
One Summerlin
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Rgarner@foxrothschild.com

- 3 -